Andrew Alexander Dósa (State Bar #113106)
Law Offices of Andrew Dósa
1516 Oak Street, Suite 220
Alameda, California 94501
T:   510-865-1600
Fax: 844-584-6052
E-mail: adosa@dosalaw.com

Attorney for Plaintiff McKee and Company Electric, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MCKEE & COMPANY ELECTRIC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GECMS, INC. dba GIRON CONSTRUCTION, a California corporation; SWINERTON BUILDERS, INC., a California corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; ZURICH AMERICAN INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; and DOES 1-50,<br><br>Defendants. | Case No.: 24-cv-05819-JST<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON** |

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), Plaintiff MCKEE & COMPANY ELECTRIC, INC., and Defendants GECMS, INC. dba GIRON CONSTRUCTION, SWINERTON BUILDERS, INC., FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY, by and through their respective counsel, hereby stipulate and agree to **dismiss this action with prejudice** in its entirety, with each party to bear its own attorney's fees and costs incurred in this action.

1.

| | | |
|---|---|---|
| Dated: March 4, 2025 | | LAW OFFICES OF ANDREW DOSA |
| | By: | /s/ *Andrew A. Dosa* |
| | | Andrew A. Dosa |
| | | Attorneys for Plaintiff, |
| | | MCKEE & COMPANY ELECTRIC, INC. |

Dated: March 4, 2025            LAST, FAORO & WHITEHORN

By:     /s/ *Patrick J. Whitehorn*
Patrick J. Whitehorn
Attorneys for Defendant,
GECMS, INC. dba GIRON CONSTRUCTION

Dated: March 4, 2025            VARELA, LEE, METZ & GUARINO, LLP

By:     /s/ *Nicholas A. Merrell*
Nicholas A. Merrell
Attorneys for Defendant,
SWINERTON BUILDERS, INC.

Dated: March 4, 2025            WOLKIN • CURRAN, LLP

By:     /s/ *James D. Curran*
James D. Curran
Attorneys for Defendants,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND; ZURICH AMERICAN INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

I attest under penalty of perjury under the laws of the United States of America that, in accordance with Local Rule 5-1(i)(3) of the United States District Court, Northern District of California, I obtained the concurrence for the filing of this document from counsel for Defendant GECMS, INC. dba GIRON CONSTRUCTION, Patrick J. Whitehorn; Defendant SWINERTON BUILDERS, INC., Nicholas A. Merrell; and Defendants FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY, James D. Curran.

Dated: March 4, 2025            LAW OFFICES OF ANDREW DOSA

By:     /s/ *Andrew A. Dosa*
Andrew A. Dosa
Attorneys for Plaintiff,
MCKEE & COMPANY ELECTRIC, INC.

# [PROPOSED] ORDER

In consideration of the Joint Stipulation for Dismissal with prejudice in its entirety signed by counsel for all parties, and good cause appearing, the above-entitled matter is hereby **dismissed with prejudice in its entirety**, with each party to bear its own attorney's fees and costs incurred in this action.

IT IS SO ORDERED.

Dated: March 7, 2025

_____
Honorable Jon S. Tigar